STATE of Missouri, Respondent,

v.

Kyle SEWARD, Appellant.

Kyle SEWARD, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 46158, WD 47467.

Missouri Court of Appeals,
Western District.

Dec. 28, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 1, 1994.

Application to Transfer Denied
March 22, 1994.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and
BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM:

*Appeal from conviction of robbery in the first degree, armed criminal action and denial of Rule 29.15 motion.*

Affirmed. Rule 84.16(b).